# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 532 - 2 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Robert Joyner | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case is granted. Initial appearance proceedings held. Defendant Jacque Buckley appears in response to arrest on 7/9/08. Helen J. Kim is appointed as counsel for defendant for the initial hearing only. Defendant informed of the charges against him and the maximum penalty, of his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention. Bond hearing and preliminary examination hearing are set for 7/14/08 at 9:30 a.m. Defendant ordered detained until further order of court.

Docketing to mail notices.

00:15

FILED
2008 JUL 10 PM 5:39
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|