## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 532 - 2 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Robert Joyner | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant waives detention hearing without prejudice. Defendant waives right to preliminary hearing. Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|