## UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JACQUE BUCKLEY, also known as "Jay," and
ROBERT JOYNER, also known as "Bear"

Under Seal

**WARRANT FOR ARREST**

CASE NUMBER: 08CR 532

MAGISTRATE JUDGE COLE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT JOYNER, also known as "Bear"__
                                                                            Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment   __Information   _X_ Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with (brief description of offense)

conspiring with Jacque Buckley, also known as "Jay," and others, knowingly and intentionally to possess with intent to distribute and to distribute controlled substances, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __846__

JEFFREY COLE                                    U.S. MAGISTRATE JUDGE
Name of Issuing Officer                         Title of Issuing Officer

[Signature]                                     July 8, 2008   CHICAGO, IL
Signature of Issuing Officer                    Date and Location

**FILED**
August 4, 2008
AUG X 4 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED  07/08/08 | NAME AND TITLE OF ARRESTING OFFICER  Michael L. Smotrys  Special Agent FBI | SIGNATURE OF ARRESTING OFFICER  [signature] |
| DATE OF ARREST  07/09/08 | | |