#2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐
   YES X    If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 532 U.S. v. Buckley, et al     Cole

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **JUDGE PALLMEYER**

3) Is this a re-filing of a previously dismissed indictment or information?     NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE COLE**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     NO X   YES ☐

6) What level of offense is this indictment or information?     FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**     NO X   YES ☐

8) Does this indictment or information include a conspiracy count?     NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | | | | |
   |---|---|---|---|---|---|
   | ☐ Homicide | (II) | ☐ Income Tax Fraud | (II) | ☐ DAPCA Controlled Substances | (III) |
   | ☐ Criminal Antitrust | (II) | ☐ Postal Fraud | (II) | ☐ Miscellaneous General Offenses | (IV) |
   | ☐ Bank robbery | (II) | ☐ Other Fraud | (III) | ☐ Immigration Laws | (IV) |
   | ☐ Post Office Robbery | (II) | ☐ Auto Theft | (IV) | ☐ Liquor, Internal Revenue Laws | (IV) |
   | ☐ Other Robbery | (II) | ☐ Transporting Forged Securities | (III) | X Food & Drug Laws | (IV) |
   | ☐ Assault | (III) | ☐ Forgery | (III) | ☐ Motor Carrier Act | (IV) |
   | ☐ Burglary | (IV) | ☐ Counterfeiting | (III) | ☐ Selective Service Act | (IV) |
   | ☐ Larceny and Theft | (IV) | ☐ Sex Offenses | (II) | ☐ Obscene Mail | (III) |
   | ☐ Postal Embezzlement | (IV) | ☐ DAPCA Marijuana | (III) | ☐ Other Federal Statutes | (III) |
   | ☐ Other Embezzlement | (III) | ☐ DAPCA Narcotics | (III) | ☐ Transfer of Probation Jurisdiction | (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21 U.S.C. 846, Title 21 U.S.C. 841 (a)(1)
    Title 18 U.S.C. 2

    _____
    RENAI RODNEY
    Assistant United States Attorney

(Revised 12/99)