Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE PALLMEYER** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08-CR-00532 | DATE | SEPTEMBER 3, 2008 |
| CASE TITLE | US v. JACQUE BUCKLEY & ROBERT JOYNER | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

---

### GRAND JURY PROCEEDING

**MAGISTRATE JUDGE COLE**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____/s/ Jeffrey Cole_____

---

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE AS TO BOTH DEFENDANTS.**

FILED
SEP - 3 2008
SEP - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                                                    UNDER SEAL)

| | | Number of notices | DOCKET # |
|---|---|---|---|
| No notices required, advised in open court. | | | |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone | | | |
| Docketing to mail notices | | Date mailed notice | |
| Mail AO 450 form. | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | |